UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SERVICE WOMEN'S ACTION NETWORK, *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 3:15-cv-137 ) |
| v. | ) ) June 17, 2016 |
| U.S. DEPARTMENT OF DEFENSE, | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Plaintiffs Service Women's Action Network, American Civil Liberties Union, and American Civil Liberties Union of Connecticut ("Plaintiffs") and Defendant U.S. Department of Defense ("Defendant") (collectively, the "parties"), by and through their respective undersigned counsel, hereby stipulate that this case has been settled between the parties.

The parties further stipulate and agree that this case shall be dismissed with prejudice.

Dated: June 17, 2016              Respectfully submitted,

/s/ Bethany Li
Miriam Becker-Cohen, Law Student Intern
Ashley Ingram, Law Student Intern
Madeline Ranum, Law Student Intern
Emma Roth, Law Student Intern
Bethany Li, Supervising Attorney, ct29666
Jason Parkin, Supervising Attorney, ct28499
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800

1

Lenora Lapidus
Women's Rights Project
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7356

*Counsel for Plaintiffs*


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Emily B. Nestler
EMILY B. NESTLER
(Fed. Bar No. phv07346)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 616-8489
Fax: (202) 616-8470
emily.b.nestler@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Bethany Li

Bethany Li, ct29666
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Tel.: (203) 432-4800
Fax: (203) 432-1426
bethany.li@yale.edu